Prob 22 (Rev. 03/97)

# TRANSFER OF JURISDICTION

**DOCKET NO. (Transferring Court)**
0864-0:02CR00235-002(JNE)

**DOCKET NO. (Receiving Court)**
CR07-00367 SBA

FILED JUN - 8 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

| NAME AND LOCATION OF | DISTRICT | DIVISION |
|---|---|---|
| Jene Rene White | MINNESOTA | |
| | **NAME OF SENTENCING JUDGE** Honorable Joan N. Ericksen | |
| | **DATES OF SUPERVISED RELEASE** | **FROM** 05/26/2006  **TO** 05/25/2008 |

**OFFENSE**

Aiding and Abetting Attempted Destruction of Property in Interstate Commerce

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED pursuant to 18 U.S.C. §3605 the jurisdiction of the case named above be transferred with the records of this Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervision herein may be changed by the District Court to which this transfer is made without further inquiry of this Court.

Date: May 30, 2007

Joan N. Ericksen, United States District Judge

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction of the above case be accepted and assumed by this Court from and after the entry of this order.

Effective Date: 6-5-07

United States District Judge