

# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

FILED
AUG - 9 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | | | |
|---|---|---|---|
| 700 Federal Building<br>316 North Robert Street<br>St. Paul, MN 55101<br>(651) 848-1100 | 202 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415<br>(612) 664-5000 | 417 Federal Building<br>515 West First Street<br>Duluth, MN 55802<br>(218) 529-3500 | 212 U.S. Courthouse<br>118 South Mill Street<br>Fergus Falls, MN 56537<br>(218) 739-5758 |

August 5, 2007

Mr. Richard W. Wieking, Clerk
United States District Court
400S Ronald V. Dellums Federal Building
1301 Clay Street
Oakland, CA 94612-5217

Re: Jene Rene White
    Our Case Number: CR 02-234(2) JNE
    Your Case Number: 4:07-CR-367-SBA-1

Dear Clerk:

### Initial Transfer Out

☐ Enclosed please find Probation Form 22 initiating the Transfer of Jurisdiction to your district. Please return an original to this office after jurisdiction has been accepted. When received, we will forward certified copies of the pertinent documents to you.

### Final Transfer Out

☒ Enclosed please find certified copies of Probation Form 22 transferring the jurisdiction from the District of Minnesota to your District. Also, enclosed are certified copies of the charging document, Judgment & Commitment Order, Docket Sheet and Financial Case Inquiry Report.

### Transfer In

☐ Enclosed please find Probation Form 22 indicating that our court has accepted jurisdiction. Please forward certified copies of Probation Form 22, charging document, Judgment & Commitment Order, Financial Case Inquiry Report and Docket Sheet for **only** this defendant.

### Rule 5 (formerly Rule 40) Removal Proceedings

☐ Enclosed please find certified copies of all documents filed in our court.

### Rule 20

☐ Enclosed please find certified copies of the Docket Sheet, charging instrument, and Consent to Transfer pursuant to Rule 20.

**Please acknowledge receipt of these documents by returning, in the envelope provided, a copy of the enclosed letter stamped "RECEIVED".**

Sincerely,

RICHARD D. SLETTEN, CLERK

*Mary Kay Furchner*

Mary Kay Furchner, Deputy Clerk

cc: Jeffrey Paulsen, Assistant U. S. Attorney
    Public Defender's Office
    Melissa Perez, Probation Officer (St. Paul)(All except Rule 5)
    Financial Litigation Unit (Final & Transfer In)
    Financial Services Department (Final & Transfer In)
    File CR 02-235(2) JNE

criminal\transferletter.frm                                          Form Modified 01/28/05

Prob 22 (Rev. 03/97)

# TRANSFER OF JURISDICTION

| | DOCKET NO. (Transferring Court) |
|---|---|
| | 0864-0:02CR00235-002(JNE) |
| | DOCKET NO. (Receiving Court) |
| | CR07-00367 SBA |

| NAME AND LOCATION OF | DISTRICT | DIVISION |
|---|---|---|
| Jene Rene White | MINNESOTA | |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Joan N. Ericksen | |
| | DATES OF SUPERVISED RELEASE | FROM 05/26/2006 | TO 05/25/2008 |

FILED JUN - 8 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

**OFFENSE**

Aiding and Abetting Attempted Destruction of Property in Interstate Commerce

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED pursuant to 18 U.S.C. §3605 the jurisdiction of the case named above be transferred with the records of this Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervision herein may be changed by the District Court to which this transfer is made without further inquiry of this Court.

May 30, 2007
Date

Joan N. Ericksen, United States District Judge

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction of the above case be accepted and assumed by this Court from and after the entry of this order.

6-5-07
Effective Date

United States District Judge

A true printed copy in __1__ sheet(s)
of the electronic record filed on 8/5/07
in the United States District Court
for the District of Minnesota.
CERTIFIED, 8/5, 2007.
BY: RICHARD D. SLETTEN
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) INFORMATION |
| Plaintiff, | ) |
| | ) (18 U.S.C. § 844(i))   CR 02-235 JGL |
| v. | ) |
| | ) |
| 1. JOHN STEVEN GARDNER, and | ) |
| 2. JENE RENE WHITE, | ) |
| | ) |
| Defendants. | ) |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1

From on or before January 12, 2002 through at least January 16, 2002, in the State and District of Minnesota, the defendants,

**JOHN STEVEN GARDNER and
JENE RENE WHITE,**

each aiding and abetting the other, and aided and abetted by others known to the Grand Jury, did maliciously attempt to damage and destroy by means of fire and explosive materials the building and real and personal property known as the Amoco gas station and located at 2276 South Broadway in Rochester, Minnesota which property was then used in and affecting interstate commerce, all in violation of Title 18, United States Code, Section 844(i) and 2.

Dated: August 7, 2002

Respectfully submitted,

THOMAS B. HEFFELFINGER
United States Attorney

BY: MICHAEL W. WARD
Assistant U.S. Attorney
Attorney ID No. 190755
BY: JAMES MARTINSON
Assistant Olmsted County Attorney
Special Assistant U.S. Attorney

FILED
AUG 07 2
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

comAO 245B (Rev. 3/01) Sheet 1 - Judgment in ..inal Case

# United States District Court
## District of Minnesota

UNITED STATES OF AMERICA
v.
**JENE RENE WHITE**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)
Case Number: 02CR235(2) JEL

**ANDREA K. GEORGE**
Defendant's Attorney

**THE DEFENDANT:**

[X] pleaded guilty to count(s): **TO INFORMATION**.
[] pleaded nolo contendere to counts(s) which was accepted by the Court.
[] was found guilty on count(s) after a plea of not guilty.

**Accordingly,** the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18:844(I) & 2 | Aiding & Abetting the Attempt to Destroy Property | 1-16-02 | 1 |

The defendant is sentenced as provided in this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[] The defendant has been found not guilty on counts(s).
[] Count(s) (is)(are) dismissed on the motion of the United States.

Special Assessment Amount **$100** in full and immediately.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: 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
Defendant's Date of Birth: 2-26-64
Defendant's USM No.: 10625-041

Defendant's Residence Address:
**2315 Park Lane Southeast, Lot 82**
**Rochester, MN 55904**
Defendant's Mailing Address (if different from residence address):
Same

A true copy in _____ sheet(s)
of the record in my custody.
Certified _____, 2003
by _____
Deputy Clerk

January 24, 2003
Date of Imposition of Judgment

_____
Signature of Judicial Officer

**JOAN E. LANCASTER**, United States District Judge
Name & Title of Judicial Officer

1-27-03
Date

Filed **JAN 28 2003**
Richard D. Sletten, Clerk
Judgment Entd _____
Deputy Clerk _____

dist'd

Page 1

DEFENDANT:      JENE RENE WHITE
CASE NUMBER:    02CR235(2)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **sixty (60) months**.

[x]  The Court makes the following recommendations to the Bureau of Prisons:
**The Court recommends confinement at the Federal Correctional Institute at Rochester, MN.**

[x]  The defendant is remanded to the custody of the United States Marshal.

[]   The defendant shall surrender to the United States Marshal for this district.
     [] before on .
     [] as notified by the United States Marshal.
     [] as notified by the Probation or Pretrial Services Officer.

[]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
     [] before on .
     [] as notified by the United States Marshal.
     [] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on_____ to _____

at _____ , with a certified copy of this Judgment.

                                                              UNITED STATES MARSHAL

                                                    By  _____
                                                              Deputy U.S. Marshal

Page 2

AO 245B (Rev. 3/01) Sheet 3 - Supervised Rele

DEFENDANT:          JENE RENE WHITE
CASE NUMBER:     02CR235(2)

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **two (2) years.**

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

[ ]     The above drug testing condition is suspended based on the Court's determination that the defendant poses a low risk of future substance abuse.

[x]     The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this Judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this Judgment.

The defendant shall comply with the standard conditions that have been adopted by this Court (set forth below). The defendant shall also comply with the additional conditions on the attached page (if indicated below).

## STANDARD CONDITIONS OF SUPERVISION

1) The defendant shall not leave the judicial district without permission of the Court or probation officer;
2) The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) The defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer;
4) The defendant shall support his or her dependants and meet other family responsibilities;
5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
6) The defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) The defendant shall permit a probation officer to visit home or her at an time a home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the Court;
13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 3/01) Sheet 3 - Supervised Rele:

DEFENDANT:       JENE RENE WHITE
CASE NUMBER:     02CR235(2)

## SPECIAL CONDITIONS OF SUPERVISION

a   The defendant shall not commit any crimes, federal, state, or local.

b   The defendant shall abide by the standard conditions of supervised release recommended by the Sentencing Commission.

c   The defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapon.

d   The defendant shall undergo mandatory drug testing as set forth by 18 U.S.C. §§ 3563(a) and 3583(d).

e   The defendant shall participate, as instructed by the probation officer, in a program approved by the U.S. Probation Office for treatment of narcotic addiction or drug dependency, which may include counseling and testing, to determine if the defendant has reverted in the use of drugs.

CLOSED, INFO, TPJOUT

# U.S. District Court
## District of Minnesota (DMN)
### CRIMINAL DOCKET FOR CASE #: 0:02-cr-00235-JNE-2

Case title: USA v. Gardner, et al

Date Filed: 08/07/2002

Assigned to: Judge Joan N. Ericksen

**Defendant**

**Jene Rene White (2)**
*TERMINATED: 01/24/2003*

represented by **Andrea K George**
Office of the Federal Defender
300 S 4th St Ste 107
Mpls, MN 55415
(612) 664-5858
Fax: (612) 664-5850
Email: andrea_george@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

18:844(i) and 2 AIDING AND
ABETTING ATTEMPTED
DESTRUCTION OF PROPERTY IN
INTERSTATE COMMERCE
(1)

**Disposition**

BOP 60 months; supervised release 2 years; special assessment $100.00

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

### Plaintiff

**United States of America**  represented by  **Jeffrey S Paulsen**
US Attorney - Mpls
300 S 4th St Ste 600
Mpls, MN 55415
(612) 664-5600
Email: jeff.paulsen@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael W Ward**
United States Attorney's Office
300 S 4th St Ste 600
Minneapolis, MN 55415
612-664-5600
Fax: 612-664-5787
Email: mike.ward@usdoj.gov
*TERMINATED: 05/31/2007*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/07/2002 | 1 | INFORMATION ASSIGNED TO JUDGE JOAN LANCASTER by USA Michael W Ward. John Steven Gardner (1) count 1 & Jene Rene White (2) count 1. 1pg (LEG) (Entered: 08/08/2002) |
| 08/20/2002 |  | SUMMONS issued as to John Steven Gardner (1) and Jene Rene White (2) defts to appear on 9/6/02 at 10:00 a.m. before JEL. (LEG) (Entered: 08/20/2002) |
| 08/27/2002 | 2 | SUMMONS executed upon Jene Rene White on 8/22/02. 2 pgs ( (Entered: 08/27/2002) |
| 08/29/2002 | 5 | PETITION/ORDER for Writ of Habeas Corpus Ad Prosequendum by Magistrate Judge J. Earl Cudd for Jene Rene White (2) to appear on 9/6/02 at 10:00 a.m. before JEL. Writ issued. 2pgs (LEG) (Entered: 08/30/2002) |
| 09/06/2002 | 9 | WAIVER OF INDICTMENT by deft Jene Rene White (1). 1 pg ( (Entered: 09/08/2002) |
| 09/06/2002 | 10 | MINUTES: before Judge Joan E. Lancaster first appearance of Jene Rene White (2); detention ordered; guilty plea entered to information; PSI ordered. Court Reporter: Jeanne Anderson. 1 pg ( (Entered: 09/08/2002) |
| 09/06/2002 | 11 | PLEA AGREEMENT AND SENTENCING STIPULATIONS as to Jene Rene White (2). 5 pgs ( (Entered: 09/08/2002) |

| 09/20/2002 | 12 | ORDER FOR APPOINTMENT OF COUNSEL (Judge Joan E. Lancaster / date signed 9/20/02) The Court has determined that the deft is financially unable to employ counsel and appoints the Office of the Federal Public Defender to represent him as to Jene Rene White (2) (cc: all counsel & PD). 1pg (LEG) (Entered: 09/23/2002) |
|---|---|---|
| 11/25/2002 | 13 | MOTION for extension of time limits in which correspondence and/or pleadings with respect to sentencing procedures are due to 12/6/02 and 12/13/02 by Jene Rene White (02). 1 page (PJS) (Entered: 11/26/2002) |
| 11/27/2002 | 14 | ORDER ( Judge Joan E. Lancaster / date signed 11/27/02) granting deft's motion for extension of time limits in which correspondence and/or pleadings with respect to sentencing procedures are due to 12/6/02 and 12/13/02 [13-1] as to Rene White (02). (cc: all counsel) 1 page (PJS) (Entered: 11/29/2002) |
| 01/24/2003 | 18 | MINUTES before Judge Joan E. Lancaster re SENTENCING Jene Rene White (2) count(s) 1. BOP 60 months; supervised release 2 years; special assessment $100.00; deft in custody. Court Reporter: Jeanne Anderson. (1 page) (PJS) (Entered: 01/29/2003) |
| 01/28/2003 | 19 | SENTENCING JUDGMENT as to deft Jene Rene White (02) by Judge Joan E. Lancaster (dated 1/27/03). (Copies dist'd) 4 pages (PJS) (Entered: 01/29/2003) |
| 07/22/2005 | 21 | Petition and Order Signed by Judge Joan N Ericksen on 7/17/05 Modifying Conditions of Supervised Release as to Jene Rene White (2). (Attachments: # 1 Hearing Waiver) (LEG) (Entered: 07/25/2005) |
| 08/05/2007 | 22 | Probation Jurisdiction Transferred to Northern District of California - Oakland as to Jene Rene White Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (MKF) (Entered: 08/05/2007) |